IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VINCENT L. AMMONS,

                              MEMORANDUM

        Plaintiff,

                              06-cv-20-bbc

    v.

DR. DEBB LEMKE,
DR. BRUCE GERLINGER,
RENEE ANDERSON,
BECKY DRESSLER and
RITA ERICSON,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff has filed an amended notice of appeal pursuant to Fed. R. App. P. 4(a)(4)(B)(ii) and (iii). Rule 4(a)(4)(B)(ii) applies where a party who has filed both a notice of appeal and a post-judgment motion pursuant to Fed. R. Civ. P. 59 or 60 wishes to amend the notice of appeal to include a challenge to the district court's ruling on the Rule 59 or Rule 60 motion after the decision has been made. That is what plaintiff is doing. He is amending his notice of appeal to include a challenge to this court's February 14, 2008 order denying his motion brought pursuant to Rule 60(b). Such amendments to a notice of appeal

1

do not require the assessment of an additional filing fee. Fed. R. App. P. 4(a)(4)(B)(iii).

Entered this 3rd day of March, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge