IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VINCENT L. AMMONS,

                                                    ORDER

                Plaintiff,

                                                  06-cv-20-bbc

    v.

DR. DEBB LEMKE,
DR. BRUCE GERLINGER,
RENEE ANDERSON,
BECKY DRESSLER and
RITA ERICSON,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plainitff amended his notice of appeal to include a challenge to this court's February 14, 2008 order denying his motion brought pursuant to Rule 60(b).  Now, he has filed a motion to supplement the record on appeal in this case to include his motion for relief from judgment and supporting affidavits (Dkt. ## 90-93) and the February 14, 2008 order (Dkt. #94).  I will grant this request and have the Clerk of Court forward these documents to the court of appeals.

1

ORDER

IT IS ORDERED that plaintiff's request to supplement the record on appeal is GRANTED. The clerk is directed to forward this order and plainitff's motion for relief from judgment, supporting affidavits and this court's February 14, 2008 order to the court of appeals.

Entered this 27th day of March, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2